**FILED**
September 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                   Plaintiff,         )<br>v.                                                      )<br>                                                          )<br>JESSE T. RINKE,                            )<br>                                                          )<br>                   Defendant.      ) | Case No. 2:08MJ00336GGH-01<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JESSE T. RINKE__, Case No. __2:08MJ00336GGH-01__, Charge __18 USC § 3563__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __   Release on Personal Recognizance

    __  __   Bail Posted in the Sum of $_____

        __  __   Unsecured Appearance Bond

        __  __   Appearance Bond with 10% Deposit

        __  __   Appearance Bond with Surety

        __  __   Corporate Surety Bail Bond

        __  __   (Other) __  __

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 30, 2008__ at __2:00 pm__.

By  /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court