```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSE T. RINKE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JESSE T. RINKE,<br><br>           Defendant.<br>_____ | NO. 2:08-MJ-0336 GGH<br><br>**DEFENDANT'S REQUEST TO WAIVE APPEARANCE AT SENTENCING; ORDER**<br><br>(No hearing requested) |

**1.   Waiver and Consent by Defendant.**

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), I, Jesse T. Rinke, hereby waive my right to be present at sentencing in the above case and consent to sentencing without me present. I specifically waive my right under Rule 32 to speak or present any information to mitigate the sentence. I agree that my attorney may exercise this right for me, without me being personally present. I will communicate with my attorney before and afterwards concerning details of the sentence the Court may impose.

Dated:  October 11, 2008          /s/ J. Rinke
                                  JESSE T. RINKE
                                  Defendant

**2.    Request to Permit Sentencing in Absentia.**

Rule 43(b)(2) provides that, when an "offense is punishable by fine or imprisonment for not more than one year, or both," the court may "permit[] arraignment, plea, trial, and sentencing to occur in the defendant's absence," provided that defendant consents in writing.

Mr. Rinke appeared on September 30, 2008, in regard to a warrant issued in the Eastern District of Virginia in February 2005. On August 4, 2004, the magistrate judge in Norfolk, Virginia, placed Mr. Rinke on probation for 12 months following his conviction for driving under the influence of alcohol, a Class A misdemeanor offense. After the petition was filed, Mr. Rinke was convicted of two felony offenses in California and sentenced to three years in prison. He appeared in this Court after completing that term. Considering the length of his confinement, the probation office in Norfolk asked this Court to accept a transfer of jurisdiction, take Mr. Rinke's admissions to the charged violations, and sentence him to time served. The government and Mr. Rinke agreed to this procedure and Mr. Rinke entered his admissions on September 30. The court in Norfolk issued an order transferring jurisdiction that day and this Court accepted jurisdiction on October 3, 2008.[1]

At the time Mr. Rinke entered his admissions, the parties and the probation office all intended to recommend a sentence of time served with no supervision to follow in light of Mr. Rinke's recent service of a prison term and his commencement of a three-year period of state parole supervision. The Court ordered Mr. Rinke released.

/////

---

[1] The transfer of jurisdiction was assigned case number 2:08-CR-457 GGH and then closed. Accordingly, we submit this request under the Magistrate Case number.

Appearance Waiver re J. Rinke                2

Mr. Rinke returned to San Bernardino and reported to state parole, who assisted him in finding housing.  On October 1, he telephoned defense counsel to ask whether jurisdiction could be transferred to San Bernardino so that he could save the cost of traveling to Sacramento; defense counsel suggested he waive his appearance instead.  On October 16, defense counsel spoke again to Mr. Rinke, who confirmed that he received and signed the waiver and placed it in the mail.

Mr. Rinke presently resides in a clean-and-sober living facility in San Bernardino, where he is looking for work.  He lacks money to travel to Sacramento for the sentencing hearing scheduled for October 20.  In order to avoid the expense of traveling to court for what is likely to be a pro forma sentencing, he respectfully asks to waive his appearance under Rule 43.  Defense counsel concurs in his request to waive his appearance and will communicate with Mr. Rinke regarding all details of the sentencing hearing and of the sentence.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  October 16, 2008          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for JESSE T. RINKE

**O R D E R**

The Court hereby approves defendant's request to waive his appearance. Pursuant to Rule 43(b)(2), the Court will permit sentencing to occur in the defendant's absence.

IT IS SO ORDERED.

Dated: 10/20/08                               /s/ Gregory G. Hollows
                                              United States Magistrate Judge

rinke.ord