# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**JESSE T. RINKE**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:08CR00457-001**

Timothy Zindel, Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) 1, 2,3,4,6,7 and Addendum #8 to Petition as alleged in the violation petition filed on __.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge I | New Law Violation | 09/10/2004 |
| Charge II | Failure to Satisfactorily Participate in an Alcohol Treatment Program | 08/11/2004 |
| Charge III | Failure to Submit Truthful and Complete Monthly Supervision Reports to the Probation Officer | 09/2004 |
| Charge IV | Failure to Submit Monthly Supervision Reports as Directed | 09/2004 |
| Charge VI | Failure to Notify the Probation Office within 72 Hours of Change in Residence and Employment | 12/2004 |
| Charge VII | Failure to Notify the Probation Officer within 72 Hours of Being Arrested by a law Enforcement Officer | 09/10/2004 and 11/21/2004 |
| Charge VIII (Addendum to Petition) | New Law Violations | 06/10/2005; 02/04/2006; 02/05/2006; 02/11/2006; and 03/15/2006 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  08/04/2006 .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| 10/20/2008 |
|---|
| Date of Imposition of Sentence |

| /s/ Gregory G. Hollows |
|---|
| Signature of Judicial Officer |

**GREGORY G. HOLLOWS**, United States Magistrate Judge
Name & Title of Judicial Officer

| October 30, 2008 |
|---|
| Date |

| | | |
|---|---|---|
| CASE NUMBER: | 2:08CR00457-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | JESSE T. RINKE | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **time served**.

.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[ ]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal